# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

### CIVIL NO. 1:00CR09-13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER DISMISSING** |
| ) | **SUPERVISED RELEASE PETITION** |
| STEVEN ONEAL RUTHERFORD ) | |
| ) | |
| Defendants ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the supervised release violation petition filed January 22, 2008, with prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the pending Petition for Warrant for Offender Under Supervision and accompanying report of a violation of supervised release are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Defendant's term of supervised release is **TERMINATED** and attorney fees owed by the Defendant are hereby **REMITTED**.

Signed: March 20, 2008

Lacy H. Thornburg
United States District Judge